Certificate Number: 12433-FLM-DE-034602678

Bankruptcy Case Number: 20-03729



12433-FLM-DE-034602678

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 25, 2020, at 10:19 o'clock PM EDT, Sergio Abel Velazquez completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date: June 26, 2020

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher